# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Criminal No.: RDB-17-0440 |
| | * | |
| DEWARRON PARENTS | * | |

\* \* \* \* \* \* \*

## MOTION FOR DETENTION HEARING
## AND REQUEST FOR HEARING

DeWarron Parents, by his court-appointed counsel, Alan R. L. Bussard, respectfully requests that the Court conduct a detention hearing, for the purpose of considering his release pending further proceedings pursuant to 18 U.S.C. § 3142.

*Procedural History*

1. Mr. Parents was charged in a multi-defendant Indictment with Conspiracy to Possess and Distribute Controlled Substances in violation of 21 U.S.C. § 846. ECF No. 1.

2. He was arrested on or about January 21, 2020.

3. A detention hearing was held on January 21, 2020 before United States Magistrate Judge J. Mark Coulson and an Order Setting Conditions of Release was entered at that time ECF 263.

4. In pertinent part, the Order Setting Conditions of Release called for the defendant to be released to a third party custodian, with a electronic location monitoring requirement, and was to

be supervised by United States Pretrial Services.

5. On or about August 21, 2020, a Notice of Apparent Violation/Request for Warrant was filed. An Arrest Warrant was issued by United States Magistrate Judge A. David Copperthite.

6. On November 25, 2024, the defendant was arrested in Baltimore City for failure to pay a fare on public transportation.

7. An Initial Appearance was held on November 25, 2024 and an Order of Detention by Agreement was entered at that time. ECF 323.

8. Defendant now requests a detention hearing.

Argument

8. Since absconding in August, 2020, Mr. Parents has no new arrests. He is not currently on probation or parole in the State of Maryland.

9. He has enrolled in a program at Vine Perkins where he is participating in group mental health counseling. The program is also working to provide employment and housing for Mr. Parents and his family.

10. Prior to his arrest in November, 2024, Mr. Parents was living with his wife and their five children. Because of health problems being experienced by his wife, Mr. Parents had assumed the role of making sure that all of his children were going to school. In fact, Mr. Parents was arrested while escorting his children to school on November 25, 2024.

11. Mr. Parents is cognizant of the fact that his actions in August, 2020 constituted non-compliance with the terms and conditions of his release. To his credit, he has been conducting himself in a law-abiding, responsible manner during the past 4 years.

12. The Bail Reform Act mandates pretrial release unless there is no set of conditions that

can reasonably assure a person's appearance or community safety. See 18 U.S.C. § 3142. The defense asserts that the Court can fashion conditions to insure Mr. Parents' compliance.

13. Undersigned counsel has conferred with Assistant United States Attorney, Patricia McLane, counsel for the Government in this case. Based on those discussions, the government objects to Mr. Parents' request to be released.

14. United States Pretrial Services, per Vicki Adams, likewise objects to the request made herein.

WHEREFORE, the defendant respectfully request that this Honorable court conduct a review of the Detention by Agreement Order in the instant case, that this matter be set for a detention hearing at the Court's convenience and that an Order Setting Conditions of Release be issued.

Respectfully submitted,

_____/s/_____
Alan R. L. Bussard, Fed. Bar No: 1317
304 Wynell Court
Timonium, Maryland 21093
410-821-1155
alan.bussard@bussardlaw.com

## REQUEST FOR HEARING

The Defendant, DeWarron Parents, by his attorney, Alan R. L. Bussard, pursuant to Rule 105.6 of the local rules of the United States District Court for the District of Maryland, requests a hearing on the Review of Order of Detention.

_____/s/_____
Alan R. L. Bussard

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 13th day of December, 2024, a copy of the foregoing Motion for Detention Hearing and was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Patricia McLane, Esquire
Office of the U.S. Attorney
36 S Charles Street, 4th Floor
Baltimore, Maryland 21201.

_____/s/_____
Alan R. L. Bussard